Submitted on record and appellant's brief April 20, reversed May 8, 1978

STATE ex rel ROBINETT, *Respondent,*
*v.*
SCHREINER, *Appellant.*
(No. 36-642, CA 9514)
577 P2d 945

Franklyn N. Brown, Tigard, filed the brief for appellant.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed.